

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2015

No. 04-15-00606-CV

**IN RE** James David **HENRY**

Original Mandamus Proceeding[1]

**ORDER**

On September 28, 2015, relator James David Henry filed a petition for a writ of mandamus. The court has considered relator's petition, the response and reply of the parties, and has determined that relator is entitled to mandamus relief. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable Karen H. Pozza is ORDERED to vacate the September 21, 2015 order denying relator's motion to transfer venue, and transfer the underlying proceeding to Midland County. The writ will issue only if we are notified that Judge Pozza has not done as directed within fifteen days of the date of this order.

It is so **ORDERED** on December 23, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2011-CI-11645, styled *In the Interest of B.A.H., A Child*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Karen H. Pozza presiding.